IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KYLE L. FULLERTON                                              Plaintiff

v.                              4:08CV00448 JTK

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration,                                       Defendant

## JUDGMENT

Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed and that Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED.

DATED this 9th day of July, 2010.

_____
UNITED STATES MAGISTRATE JUDGE